UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

WASHINGTON MORAN,

                    Plaintiff,                          25-cv-8189 (JGK)

          - against -                                   ORDER

CAMPANELLI PRODUCTS, LLC,

                    Defendant.
_____

JOHN G. KOELTL, District Judge:

     The plaintiff had 90 days from filing the complaint to serve the summons and complaint on the defendant. Fed. R. Civ. P. 4(m). The plaintiff has failed to serve the summons and complaint. The time to serve is extended until **February 9, 2026.** If service is not made by February 9, 2026, the case will be dismissed without prejudice for failure to prosecute.

**SO ORDERED.**

Dated:    New York, New York
          January 8, 2026

                                        _____
                                             John G. Koeltl
                                        United States District Judge