**LAW OFFICES OF NOLAN KLEIN, P.A.**          ATTORNEYS & COUNSELORS

5550 GLADES ROAD, SUITE 500
BOCA RATON, FL 33431
PH: (954) 745-0588

www.nklegal.com                              Nolan Klein, Esq.
                                             klein@nklegal.com

January 29, 2026

**VIA ECF**
Honorable Judge John G. Koeltl
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

*Feb. 10, 2026 conference adjourned to March 12, 2026 at 4:30 P.M. So ordered.*
*[signature] U.S.D.J. 1/30/26.*

        *Re:*   *Moran v. Campanelli Products, LLC*
                *SDNY Case No.: 1:25-cv-08189*

Dear Judge Koeltl,

        This law firm represents the Defendant, Campanelli Products, LLC, in connection with the above-captioned matter. An initial pretrial conference is scheduled for February 10, 2026 at 12:00 p.m.

        Counsel for Defendant has a scheduling conflict on the same date and time. Counsel is set to appear at a previously scheduled hearing in another matter, set for the same day at 12:00 p.m. The case is Solis v. FCS Sneakers, Inc., EDNY Case No. 1:25-cv-05933. The parties are currently in the process of settlement discussions for a possible early resolution and therefore respectfully request that this Court adjourn the conference for an additional 30 days. This is our first request for an adjournment of this conference, and the request will not prejudice any parties or affect any other scheduled dates. Counsel for Plaintiff has no objection to the relief requested herein.

        We thank the Court for your time and consideration in this matter.

                                        Respectfully Submitted,

                                        **Law Offices of Nolan Klein, P.A.**

                                        By: _/s/ Nolan K. Klein_____
                                            NOLAN K. KLEIN
                                            (NK4223)

NKK/amd
cc:  Jeffrey M. Gottlieb, Esq. (via ECF)
     Dana L. Gottlieb, Esq. (via ECF)
     Michael A. LaBollita, Esq. (via ECF)