UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x

WASHINGTON MORAN, ON BEHALF OF     :    <u>ECF CASE</u>
HIMSELF AND ALL OTHER PERSONS     :
SIMILARLY SITUATED,     :
    :
         Plaintiffs,     :    No.: 1:25-cv-8189
    :
      v.     :
    :
CAMPANELLI PRODUCTS, LLC,     :
    :
         Defendant.     :
    :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x

## NOTICE OF SETTLEMENT

To The Honorable Court:

      The undersigned represents the Plaintiff in the above-entitled action. The Parties have reached a settlement in principle and the undersigned, with the consent of the Defendant, respectfully requests that Your Honor dismiss this action with prejudice with the right to reopen in forty-five (45) days if the Settlement Agreement is not consummated. In light of the anticipated settlement, the Parties respectfully request all currently pending deadlines in this action be adjourned *sine die*.

Dated: New York, New York
      February 5, 2025         Respectfully Submitted,

                 **GOTTLIEB & ASSOCIATES PLLC**
                 /s/ Michael A. LaBollita
                 Michael A. LaBollita, Esq.

                 Michael A. LaBollita (ML-9985)
                 Jeffrey M. Gottlieb (JG-7905)
                 Dana L. Gottlieb (DG-6151)
                 GOTTLIEB & ASSOCIATES PLLC
                 150 East 18th Street, Suite PHR
                 New York, New York 10003
                 Tel: 212.228.9795
                 Fax: 212.982.6284
                 Jeffrey@Gottlieb.legal
                 Dana@Gottlieb.legal
                 Michael@Gottlieb.legal
                 *Attorneys for Plaintiffs*

SO ORDERED:

_____
United States District Court Judge